JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA W. M.,[1] <br><br> Plaintiff, <br><br> v. <br><br> MARTIN J. O'MALLEY, Commissioner of Social Security,[2] <br><br> Defendant. | Case No. SACV 23-1309 PVC <br><br><br> **JUDGMENT** |

IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED and that the above-captioned action is dismissed with prejudice.

DATED: September 12, 2024

*(signature)*

PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court partially redacts Plaintiff's name in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] Martin J. O'Malley, Commissioner of the Social Security Administration, is substituted for the "Commissioner of Social Security, whom Plaintiff named in the Complaint. *See* 42 U. S. C. § 405(g); Fed. R. Civ. P. 25(d).